IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:07-CR-107 |
| | ) | (VARLAN/GUYTON) |
| DANA SCOTT RICHARDSON | ) | |

## **O R D E R**

    The government's oral motion to unseal the indictment in the above-captioned matter is GRANTED. Accordingly, the Clerk is hereby ORDERED to unseal the indictment and all other documents in the case.

                       ENTER:

                        s/ H. Bruce Guyton
                     United States Magistrate Judge